plaintiff, and defendants bring error. Affirmed.

B. B. Blakeney, J. H. Maxey, Christy Russell, and Hubert Ambrister, for plaintiffs in error.

W. L. Curtis and R. B. Butts, for defendant in error.

BAILEY, J. The pleadings, evidence, and judgment in this cause being in all material respects identical with the pleadings, evidence, and judgment considered by this court in No. 9600, Pearl Sells, nee Hayes, et al., v. Warren Mooney, ante, p. 34, and it having been agreed by counsel that this cause might be considered and consolidated with said cause No. 9600, for the reasons assigned in the last named cause, the judgment is affirmed,

RAINEY, C. J., and HARRISON, JOHNSON, and McNEILL, JJ., concur.

---

### SELLS et al. v. BUTTS.

No. 9602—Opinion Filed May 25, 1920.

Rehearing Denied July 6, 1920.

(Syllabus by the Court.)

**Indians—Alienation of Land—Champerty—Rule of Property.**

Same as in cause No. 9600, Pearl Sells, nee Hayes, v. Warren Mooney, this day decided, ante, p. 34.

Error from District Court, Sequoyah County; John H. Pitchford, Judge.

Action by R. B. Butts against Pearl Sells, nee Hayes, and others. Judgment for plaintiff, and defendants bring error. Affirmed.

B. B. Blakeney, J. H. Maxey, Christy Russell, and Hubert Ambrister, for plaintiffs in error.

W. L. Curtis and R. B. Butts, for defendant in error.

BAILEY, J. The pleadings, evidence, and judgment in this cause being in all material respects identical with the pleadings, evidence, and judgment considered by this court in No. 9600, Pearl Sells, nee Hayes, et al. v. Warren Mooney, ante, p. 34, and it having been agreed by counsel that this cause might be considered and consolidated with said cause No. 9600, for the reasons assigned in the last named cause, the judgment is affirmed.

RAINEY, C. J., and HARRISON, JOHNSON, and McNEILL, JJ., concur.

---

### PIERCE OIL CORPORATION et al. v. PHOENIX REFINING CO. et al.

No. 10550—Opinion Filed May 25, 1920.

Rehearing Denied July 6, 1920.

(Syllabus by the Court.)

1. **Carriers—"Common Carrier"—Oil Pipe Lines—Finding of Corporation Commission.**

A finding by the Corporation Commission that a pipe line extending between two points within the state has been transporting oil for hire, and is a common carrier within the meaning of section 4309, Revised Laws 1910, will not be disturbed on appeal to this court when there is evidence reasonably tending to support such finding.

2. **Same — Statutory Regulation — Taking Property Without Due Process of Law.**

A pipe line company which has built and constructed its pipe line since the passage of article 2, ch. 53 (sections 4304 and 4318), Revised Laws 1910, or those that have acquired pipe lines since said time, and have thereby received the benefits of said law, cannot contend that section 4309 of said law, which makes said pipe lines a common carrier, is in vio'ation of the Fifth and Fourteenth Amendments to the Constitution of the United States and the Constitution of Oklahoma, in that it amounts to the taking of property without due process of law.

Appeal from Order of the State Corporation Commission.

Complaint before the Corporation Commission by the Phoenix Refining Company against the Pierce Oil Corporation and Clay Arthur Pierce. From order of Commission requiring defendants to give complainant service in its oil pipe line and revoking former order exempting defendants from obligations of a common carrier, defendants appeal. Affirmed.

Boyle & Priest and West, Sherman, Davidson & Moore, for plaintiffs in error.

Stuart, Cruce & Cruce, for defendants in error.

McNEILL, J. This action was commenced before the Corporation Commission by the Phoenix Refining Company against the Pierce Oil Corporation and Clay Arthur Pierce. The complaint alleged the Phoenix Refining Company was a corporation operating a refinery at Sand Springs, Okla., and owned certain oil leases in the Cushing oil fields which were producing oil; that the Pierce Oil Corporation was the owner of a pipe line extending from Cushing oil fields to Sand Springs, and for several years had been transporting the oil of the complainant from the Cushing oil fields to Sand Springs, and had transported